UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

HARRY PASCAL, on behalf of himself
And all others similarly situated,

               Plaintiff(s),

    -against-

BUREAU OF COLLECTION RECOVERY, INC.,

               Defendant(s).

------------------------------------x

RULE 7.1 DISCLOSURE

08 Civ 6218
(Robinson, J)

Defendant, BUREAU OF COLLECTION RECOVERY, INC., by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated: August 11, 2008

                              _____
                              MEL S. HARRIS AND ASSOCIATES LLC
                              By:  Arthur Sanders (as1210)
                              Attorneys for defendant
                              5 Hanover Square, 8th Floor
                              New York, NY  10004
                              212-660-1050