```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

HARRY PASCAL, on behalf of himself and
All others similarly situated,
                                              ANSWER
                     Plaintiff,
                                              08 CIV 6218
         -against-                            (Robinson, J)

BUREAU OF COLLECTION RECOVERY, INC.,

                     Defendant(s).

------------------------------------------x
```

Defendant, by its attorney MEL S. HARRIS AND ASSOCIATES, LLC, answer plaintiff's complaint as follows:

1. Defendant admits being sued pursuant to the Fair Debt Collection Practices Act, but denies any violation thereof.

2. Defendant admits the allegations contained in paragraph "2" of the complaint.

3. Defendant admits the allegations contained in paragraph "3" of the complaint.

4. Defendant denies knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "4" of the complaint.

5. Defendant admits the allegations contained in paragraph "5" of the complaint.

6. Defendant denies each and every allegation contained in paragraph "6" of the complaint.

7. Defendant denies each and every allegation contained in paragraph "7" of the complaint.

8. Defendant denies each and every allegation contained in paragraph "8" of the complaint.

9. Defendant denies each and every allegation contained in paragraph "9" of the complaint.

10. Defendant denies each and every allegation contained in paragraph "10" of the complaint.

11. Defendant denies each and every allegation contained in paragraph "11" of the complaint.

12. Defendant admits the allegations contained in paragraph "12" of the complaint.

13. Defendant admits the allegations contained in paragraph "13" of the complaint.

14. Defendant denies each and every allegation contained in paragraph "14" of the complaint.

15. Defendant admits the allegations contained in paragraph "15" of the complaint.

16. Defendant admits the allegations contained in paragraph "16" of the complaint.

17. Defendant denies each and every allegations contained in paragraph "17" of the complaint.

18. Defendant denies the allegations contained in paragraph "18" of the complaint.

19. Defendant denies each and every allegation contained in paragraph "19" of the complaint.

20. Defendant denies each and every allegation contained in paragraph "20" of the complaint.

21. Defendant denies each and every allegation contained in paragraph "21" of the complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

22. Any violation of law by defendant, which is specifically denied, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

WHEREFORE, the defendant respectfully requests that plaintiff's complaint be dismissed.

Dated: New York, NY
       August 11, 2008

_____
Arthur Sanders (AS1210)
 MEL S. HARRIS AND ASSOCIATES, LLC
Attorneys for Defendant
5 Hanover Square - 8th Floor
New York, NY 10004
212-660-1050

TO:

ABRAHAM KLEINMAN, ESQ
Attorney for plaintiff
626 RexCorp Plaza
Uniondale, NY  11556-0626